# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ELLIOT THOMPSON,　　　　　　　　　　Civil Action No. 1:10-cv-708

　　　　Plaintiff,　　　　　　　　　　　　Judge Timothy S. Black

　　v.

CITY OF CINCINNATI, *et al.*,

　　　　Defendants.

## CONDITIONAL ORDER OF DISMISSAL

This case having settled in the presence of the Court;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 6/27/12

　　　　　　　　　　　　　　　　　　　　Timothy S. Black
　　　　　　　　　　　　　　　　　　　　United States District Judge